■ RICHARD J. TONKIN, Respondent, v RICK A. LOFTHOUSE, Appellant. (Appeal No. 2.) [823 NYS2d 742]—Appeal from an order of the Supreme Court, Oswego County (John J. Elliott, A.J.), dated July 19, 2005 in a breach of contract action. The order denied defendant's motion to set aside the verdict.

It is hereby ordered that said appeal be and the same hereby is unanimously dismissed without costs (see Smith v Catholic Med. Ctr. of Brooklyn & Queens, 155 AD2d 435 [1989]; see also CPLR 5501 [a] [1]). Present—Hurlbutt, A.P.J., Scudder, Gorski, Centra and Green, JJ.

■ In the Matter of TROY SAND & GRAVEL Co., INC., Doing Business as MATERIAL SAND & GRAVEL, Appellant, v ZONING BOARD OF APPEALS OF THE TOWN OF RUSSIA, Respondent. [823 NYS2d 743]—Appeal from a judgment (denominated order and judgment) of the Supreme Court, Herkimer County (Michael E. Daley, J.), entered November 16, 2005 in a proceeding pursuant to CPLR article 78. The judgment dismissed the petition.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed without costs for reasons stated in decision at Supreme Court. Present—Hurlbutt, A.P.J., Scudder, Gorski, Centra and Green, JJ.